■ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, v CITY OF NEW YORK, Respondent. [784 NYS2d 860]— Judgment, Supreme Court, New York County (Michael B. Stallman, J.), entered May 23, 2003, unanimously affirmed for the reasons stated by Stallman, J., without costs or disbursements. No opinion. Concur—Andrias, J.P., Sullivan, Ellerin, Lerner and Marlow, JJ.